**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AMERISURE INSURANCE COMPANY
and AMERISURE MUTUAL INSURANCE
COMPANY,

            Plaintiffs,

vs.                             Case No. 3:16-cv-407-J-39JRK

THE AUCHTER COMPANY, ARCH
INSURANCE COMPANY, LANDMARK
AMERICAN INSURANCE COMPANY, TSG
INDUSTRIES INC., and B & B OF DUVAL
COMPANIES, INC.,

            Defendants.

_____/

**ORDER TO SHOW CAUSE**

This cause is before the Court on "Plaintiffs/Counter-Defendants', Amerisure Insurance Company and Amerisure Mutual Insurance Company, Motion to Compel Production of Documents from Defendant Arch Insurance Company, With Incorporated Memorandum of Law" (Doc. No. 142; "Motion"), filed February 3, 2017. Although provided adequate time under the rules, Defendant Arch Insurance Company has failed to respond to the Motion. Accordingly, it is

**ORDERED**:

1. "Plaintiffs/Counter-Defendants', Amerisure Insurance Company and Amerisure Mutual Insurance Company, Motion to Compel Production of Documents from Defendant Arch Insurance Company, With Incorporated Memorandum of Law" (Doc. No. 142) is **TAKEN UNDER ADVISEMENT**.

      2.      No later than **March 10, 2017**, Defendant Arch Insurance Company shall file a response to the Motion and **show cause** why it should not be granted.  **Failure to timely file a response will result in the Motion being deemed unopposed in its entirety**.

**DONE AND ORDERED** at Jacksonville, Florida on February 28, 2017.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Counsel of Record